

**IN THE**
**TENTH COURT OF APPEALS**

**No. 10-13-00296-CV**

**GLEN WYLIE, JR.,**

**Appellant**

 **v.**

**THE CITY OF HUBBARD,**

**Appellee**

**From the 66th District Court**
**Hill County, Texas**
**Trial Court No. 47658**

**MEMORANDUM OPINION**

Appellant, Glen Wylie, Jr., filed motion for voluntary dismissal of the appeal. *See*

Tex. R. App. P. 42.1(a)(1). Wylie no longer wishes to pursue the appeal. Dismissal of

this appeal would not prevent a party from seeking relief to which it would otherwise

be entitled. The motion is granted, and the appeal is dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed October 24, 2013
[CV06]